**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-TP-20076-RAR**

**UNITED STATES OF AMERICA**

vs.

**FELIX CASTILLO,**

Defendant.
_________________________________/

**ORDER DENYING DEFENDANT'S MOTION FOR**
**EARLY TERMINATION OF SUPERVISED RELEASE**

**THIS CAUSE** comes before the Court on Defendant's Motion for Early Termination of Supervised Release, filed on Wednesday, September 23, 2026 ("Motion"), [ECF No. 2]. The Court having carefully considered the Motion, the record, the factors set forth in 18 U.S.C. § 3553(a) as required by 18 U.S.C. § 3583(e)(1), and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. The Court finds that continued supervised release is warranted given "the nature and circumstances of the offense and the history and characteristics of the [D]efendant," as well as the need "to afford adequate deterrence to criminal conduct" and provide Defendant with "correctional treatment in the most effective manner." *See* 18 U.S.C. §§ 3553(a)(1); (a)(2)(B); (a)(2)(D); *see also Johnson v. United States*, 529 U.S. 694, 708–09 (2000).

**DONE AND ORDERED** in Miami, Florida, this 25th day of September, 2026.

_________________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**